UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | Criminal No. 07-143 (JAG) |
| EMMANUEL JONES, et al. | : | <u>COMPLEX CASE ORDER</u> |

This matter having been opened to the Court on the application of defendant EMMANUEL JONES, a/k/a "Killer," a/k/a "Killer E," a/k/a "Emo," (David A. Runke, Esq. and Paul Condon, Esq., appearing) with Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Melissa L. Jampol and Robert Marasco, Assistant U.S. Attorneys, appearing), and the Court having found, pursuant to 18 U.S.C. § 4241 that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

IT IS, therefore, on this _20th_ day of March 2009,

ORDERED that pursuant to 18 U.S.C. § 4247(b) that the United States Marshals permit Dr. John O'Brien access to Emmanuel Jones for the purposes of conducting a psychiatric or psychological evaluation;

IT IS FURTHER ORDERED that a psychiatric or psychological report be prepared and provided to the Court and the parties as set forth in 18 U.S.C. §4247(c).

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge

2