UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. JOSEPH A. GREENAWAY, JR. |
| v. | : | CRIM. NO. 07-143 (JAG) |
| EMMANUEL JONES | : | ORDER |

This motion for an order compelling the defendant Emmanuel Jones to submit to a competency examination having come before the Court on the application of Ralph J. Marra, Jr., Acting United States Attorney (Melissa L. Jampol and Robert G. Marasco, Assistant United States Attorneys, appearing); and the defendant having opposed this motion (A. Paul Condon and David A. Ruhnke, Esqs., appearing); and pursuant to 18 U.S.C. § 4241, the All Writs Act, 28 U.S.C. § 1651(a) and Rule 12.2 of the Federal Rules of Criminal Procedure; and for good cause shown,

IT IS, on this 20th day of July, 2009,

ORDERED that the defendant Emmanuel Jones shall submit to a psychiatric or psychological evaluation conducted by Dr. John B. O'Brien for purposes of determining whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and it is further

ORDERED that such an interview be conducted within thirty (30) days from the filing date of this Order.

_____
HONORABLE JOSEPH A. GREENAWAY, JR.
United States District Judge