UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :     Hon. Stanley R. Chesler
                                  :
                                  :
              v.                  :
                                  :
                                  :
VINCENT YOUNG,                1   :     Criminal No. 07-143 (SRC)
    a/k/a "No Good,"              :
    a/k/a "Good,"                 :
    a/k/a "Big Head,"             :
ALTARIQ GUMBS,                2   :
    a/k/a "Killer Reek,"          :
    a/k/a "Killer,"               :     ORDER
    a/k/a "Reek,"                 :
    a/k/a "Jersey,"               :
    a/k/a "Sankofa,"              :
MARY HOLMES,                  3   :
    a/k/a "Mary Brim,"            :
    a/k/a "Ma,"                   :
TORIEN BROOKS,                4   :
    a/k/a "B.G.,"                 :
    a/k/a "T-Bird,"               :
    a/k/a "Reek Boy,"             :
ANTWON BREEDLOVE,             5   :
    a/k/a "Haywire,"              :
EMMANUEL JONES,               6   :
    a/k/a "Killer,"               :
    a/k/a "Killer E,"             :
    a/k/a "Emo,"                  :
SALEEN NEAL,                  7   :
    a/k/a "S Bang,"               :
HALEEK STATE,                 8   :
    a/k/a "H.O.,"                 :
LARRY MAYO,                   9   :
    a/k/a "Little Dark Angel,"    :
    a/k/a "D.A.,"                 :
JOHN BENNING,                10   :
    a/k/a "Hood,"                 :
TEQUAN RYALS,                11   :
    a/k/a "T Brim,"               :
MICHAEL MCCLOUD,             12   :
    a/k/a "Ike Brim,"             :
RICKY COLEMAN,               13   :
    a/k/a "Pool Stick,"           :
    a/k/a "Sticks,"               :
MARCKESE STEWART             14   :
    a/k/a "Shark," and            :
RICHARD FIELDS,              15   :
    a/k/a "P.O."                  :

Upon application of the United States Attorney for the District of New Jersey (by Robert Frazer and Lisa Colone, Assistant United States Attorneys, appearing), for an order unsealing the Second Superseding Indictment and all related papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 24 day of January, 2011,

ORDERED that the Sealing Order previously entered in the above-captioned matter on January 14, 2011 is no longer in effect; and it is further

ORDERED that the Second Superseding Indictment and all related papers in the above-captioned matter be UNSEALED.

HON. STANLEY R. CHESLER
United States District Judge