UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| | : | |
| v. | : | |
| | : | |
| VINCENT YOUNG, | : | |
|    a/k/a "No Good," | : | |
|    a/k/a "Good," | : | |
|    a/k/a "Big Head," | : | |
| ALTARIQ GUMBS, | : | Criminal No. 07-143 (SRC) |
|    a/k/a "Killer Reek," | : | |
|    a/k/a "Killer," | : | |
|    a/k/a "Reek," | : | |
|    a/k/a "Jersey," | : | |
|    a/k/a "Sankofa," | : | |
| TORIEN BROOKS, | : | COMPLEX CASE, DISCOVERY |
|    a/k/a "B.G.," | | AND INSPECTION ORDER |
|    a/k/a "T-Bird," | : | |
|    a/k/a "Reek Boy," | : | |
| ANTWON BREEDLOVE, | : | |
|    a/k/a "Haywire," | : | |
| EMMANUEL JONES, | : | |
|    a/k/a "Killer," | : | |
|    a/k/a "Killer E," | : | |
|    a/k/a "Emo," | : | |
| SALEEN NEAL, | : | |
|    a/k/a "S Bang," | : | |
| HALEEK STATE, | : | |
|    a/k/a "H.O.," | : | |
| MICHAEL MCCLOUD, | : | |
|    a/k/a "Ike Brim," | : | |
| RICKY COLEMAN, | : | |
|    a/k/a "Pool Stick," | : | |
|    a/k/a "Sticks," and | : | |
| RICHARD FIELDS, | : | |
|    a/k/a "P.O." | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Melissa Jampol and Robert Frazer, Assistant U.S. Attorneys, appearing) and defendants VINCENT YOUNG (by Gregory Tomczak, Esq., appearing), ALTARIQ GUMBS (by Thomas Ambrosio, Esq., appearing), TORIEN BROOKS (by Thomas F.X. Dunn, Esq., and Mitchell Golub, Esq., appearing), ANTWON BREEDLOVE (by Joshua Cohn, Esq., appearing), EMMANUEL JONES (by Paul Condon, Esq., and David Ruhnke, Esq., appearing), SALEEN NEAL (by Susan Cassell, Esq., appearing), HALEEK STATE (by Alexander Booth, Esq., appearing), MICHAEL MCCLOUD (by James Patton, Esq., appearing), RICKY COLEMAN (by Muhammad Bashir, Esq., appearing), and RICHARD FIELDS (by Ruth Liebesman, Esq., appearing), and good cause having been shown, the Court makes the following findings:

1. For the reasons set forth below, this case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161:

a. the Second Superseding Indictment charges a homicide, as well as separate racketeering activity, including acts involving robbery, attempted murder, and narcotics distribution, among others; accordingly, the gravity and magnitude of this case render it complex;

b. a trial in this matter is likely to involve a

very large number of witnesses and significant amounts of evidence (including recordings from multiple wiretaps), and is therefore likely to be lengthy; accordingly, counsel requires additional time to prepare adequate defenses to the charges in the Second Superseding Indictment; and

c.   due to the nature of the allegations and statutes involved, it is likely there will be substantial pre-trial motions regarding questions of law and fact.

2.   The ends of justice served by a continuance of the trial date in this matter until February 28, 2012 outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this ___14___ day of June 2011,

ORDERED, for the reasons set forth above, and with the consent of the attorneys for the defendants, that the trial date in this matter is continued until February 28, 2012 and that the period of time from June 15, 2011 through February 28, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv); and it is further

ORDERED that:

1.   The defendants shall file pretrial motions on or before October 11, 2011;

3.   The Government shall respond to any such motions on or before November 15, 2011;

4.   The return date for pretrial motions shall be December 5, 2011; and

-3-

5.    Trial shall commence on **February 28, 2012** at 10:00
**a.m.**

_____
HON. STANLEY R. CHESLER
United States District Judge

_____
Gregory Tomczak, Esq.
Attorney for Vincent Young

_____
Thomas Ambrosio, Esq.
Attorney for Altariq Gumbs

_____
Thomas F.X. Dunn, Esq.
Attorney for Torien Brooks

_____
Joshua Cohn, Esq.
Attorney for Antwon Breedlove

_____
Paul Condon, Esq.
Attorney for Emmanuel Jones

_____
Susan Cassell, Esq.
Attorney for Saleen Neal

5.   Trial shall commence on February 28, 2012 at 10:00 a.m.

HON. STANLEY R. CHESLER
United States District Judge

Gregory Tomczak, Esq.
Attorney for Vincent Young

Thomas Ambrosio, Esq.
Attorney for Altariq Gumbs

Thomas F.X. Dunn, Esq.
Attorney for Torien Brooks

Joshua Cohn, Esq.
Attorney for Antwon Breedlove

Paul Condon, Esq.
Attorney for Emmanuel Jones

Susan Cassell, Esq.
Attorney for Saleen Neal

5.    Trial shall commence on **February 28, 2012 at 10:00** a.m.


HON.  STANLEY R. CHESLER
United States District Judge


Gregory Tomczak, Esq.
Attorney for Vincent Young


Thomas Ambrosio, Esq.
Attorney for Altariq Gumbs


Thomas F.X. Dunn, Esq.
Attorney for Torien Brooks


Joshua Cohn, Esq.
Attorney for Antwon Breedlove


Paul Condon, Esq.
Attorney for Emmanuel Jones


Susan Cassell, Esq.
Attorney for Saleen Neal

5.    Trial shall commence on February 28, 2012 at 10:00

a.m.


_____
HON. STANLEY R. CHESLER
United States District Judge


_____
Gregory Tomczak, Esq.
Attorney for Vincent Young


_____
Thomas Ambrosio, Esq.
Attorney for Altariq Gumbs


_____
Thomas F.X. Dunn, Esq.
Attorney for Torien Brooks


_____
Joshua Cohn, Esq.
Attorney for Antwon Breedlove


_____
Paul Condon, Esq.
Attorney for Emmanuel Jones


_____
Susan Cassell, Esq.
Attorney for Saleen Neal

5.   Trial shall commence on **February 28, 2012 at 10:00**
**a.m.**

_____

HON. STANLEY R. CHESLER
United States District Judge


_____
Gregory Tomczak, Esq.
Attorney for Vincent Young



_____
Thomas Ambrosio, Esq.
Attorney for Altariq Gumbs



_____
Thomas F.X. Dunn, Esq.
Attorney for Torien Brooks



_____
Joshua Cohn, Esq.
Attorney for Antwon Breedlove



_____
Paul Condon, Esq.
Attorney for Emmanuel Jones



_____
Susan Cassell, Esq.
Attorney for Saleen Neal

Fax from :

06-03-11 03:56p   Pg: 1

5.    Trial shall commence on **February 28, 2012 at 10:00**
a.m.


_____
HON. STANLEY R. CHESLER
United States District Judge


_____
Gregory Tomczak, Esq.
Attorney for Vincent Young


_____
Thomas Ambrosio, Esq.
Attorney for Altariq Gumbs


_____
Thomas F.X. Dunn, Esq.
Attorney for Torien Brooks


_____
Joshua Cohn, Esq.
Attorney for Antwon Breedlove


_____
Paul Condon, Esq.
Attorney for Emmanuel Jones


_____
Susan Cassell, Esq.
Attorney for Saleen Neal

_(signature)_

Alexander Booth, Esq.
Attorney for Hafeek State


James Patton, Esq.
Attorney for Michael McCloud


Muhammad Bashir, Esq.
Attorney for Ricky Coleman


Ruth Liebesman, Esq.
Attorney for Richard Fields

- 5 -

_____
Alexander Booth, Esq.
Attorney for Haleek State

_____
James Patton, Esq.
Attorney for Michael McCloud


_____
Muhammad Bashir, Esq.
Attorney for Ricky Coleman


_____
Ruth Liebesman, Esq.
Attorney for Richard Fields

- 5 -

Alexander Booth, Esq.
Attorney for Haleek State

James Patton, Esq.
Attorney for Michael McCloud

Muhammad Bashir, Esq.
Attorney for Ricky Coleman

Ruth Liebesman, Esq.
Attorney for Richard Fields

- 5 -